UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JAMES THOMAS FLOCKER, | ) | No. CV 10-6753 JAK (FMOx) |
| | ) | |
| Plaintiff, | ) | **JUDGMENT** |
| | ) | |
| v. | ) | JS-6 |
| | ) | |
| FEDERAL BUREAU OF INVESTIGATION, | ) | |
| | ) | |
| Defendant. | ) | [Before the Honorable John A. Kronstadt] |

Defendant's Motion for Summary Judgment, came on regularly for hearing on October 22, 2012, before the Honorable John A. Kronstadt, United States District Judge. The Court having considered the pleadings, evidence presented, memorandum of points and authorities, the oral argument at the time of the hearing, and the supplemental briefing of the parties as required by this Court's October 22, 2012 Minute Order (DKT. 54), and in accordance with the Order Granting Defendant's Motion for Summary Judgment and Denying Plaintiff's Motion for Summary Judgment (DKT. 59) filed herein:

HEREBY ORDERS, ADJUDGES AND DECREES that judgment is entered in favor of Defendant on all causes of action. Each party shall bear its own costs and fees.

DATED: May 10, 2013

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT COURT